

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

November 25, 2019

The December 10, 2019, 10:30 a.m. conference is adjourned until January 14, 2020, at 10:30 a.m. The joint conference materials are due at least 7 days before the conference. SO ORDERED.

Dated: November 26, 2019
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *Lopez et al v. Panera, LLC*,
> **Case No.: 1:19-cv-09862-LGS (S.D.N.Y.)**

Dear Judge Schofield:

This firm represents Defendant Panera, LLC ("Defendant") in the above-referenced action. We write, with Plaintiff's consent, to respectfully request (1) an adjournment of the Initial Pretrial Conference scheduled for December 10, 2019 and (2) a corresponding extension of the deadline to file pre-conference submissions, based on Defendant's waiver of service.

By way of background, Plaintiff filed the Complaint on November 24, 2019. Defendant waived service of the Summons and Complaint on November 8, 2019. (ECF No. 6.) Accordingly, the present deadline to respond to the Complaint is January 7, 2020. On November 5, 2019, the Court scheduled an Initial Pretrial Conference for December 10, 2019 at 10:30 a.m. (ECF No. 5.) Further, as per the Court's November 5, 2019 Order, the parties must submit a joint letter and Proposed Civil Case Management Plan and Scheduling Order by December 3, 2019. (*Id.*)

We respectfully request that the Court adjourn the Initial Pretrial Conference to a date at least one week after the January 7, 2020 responsive pleading deadline, and reset the deadlines for pre-conference submissions accordingly. Defendant requires additional time to evaluate Plaintiff's claims, both to consider its response to the Complaint, and prepare the joint letter contemplated by the Court's November 5, 2019 Order. (*Id.*)

The granting of this adjournment request will not impact any other scheduled deadlines, and is not intended to cause undue delay. We thank the Court for its time and attention to this matter, and for its consideration of this application.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc: All counsel of record (via ECF)